# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY ALLEN SHELTON,<br>Plaintiff,<br>v.<br>COUNTY OF TULARE,<br>Defendant. | Case No. 1:26-cv-06229-KES-SAB<br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br>ORDER DENYING MOTION TO E-FILE<br>(ECF Nos. 2, 3) |

Plaintiff Cory Allen Shelton filed a complaint on August 6, 2026, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint and issues its screening order.

Additionally, Plaintiff filed a motion for permission to use electronic filing pursuant to Local Rule 133(b)(2),(3). The Court has reviewed the request and finds that granting leave to use the Court's e-filing system is not warranted in this case. Therefore, the motion will be denied. Plaintiff shall file and serve paper documents as required by applicable Federal Rules of Civil Procedure or by the Local Rules.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;
2. **Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order; and**
3. Plaintiff's motion for permission to use electronic filing (ECF No. 3) is DENIED.

IT IS SO ORDERED.

Dated: **August 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge